IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LYUDMILLA ANENKOVA, Individually** | : | **CIVIL ACTION** |
| and on behalf of others similary situated | : | |
| | : | |
| v. | : | NO. 15-4968 |
| | : | |
| **VAN RU CREDIT CORPORATION and** | : | |
| **DOES 1 through 10, Inclusive** | : | |

## ORDER

**NOW**, this 17th day of August, 2016, upon consideration of the Defendant Van Ru Credit Corporation's Motion for Summary Judgment (Document No. 16), the plaintiff's response, the defendant's reply and the plaintiff's sur-reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendant, Van Ru Credit Corporation, and against the plaintiff, Lyudmilla Anenkova.

    /s/ Timothy J. Savage
    TIMOTHY J. SAVAGE, J.